UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| [1] CHRISTOPHER CONYERS<br>    a/k/a "SNOOTY" | No. 3:09-00240 |
| [2] FAITH READUS | JUDGE BRYANT |
| [3] PAUL McQUIDDY<br>    a/k/a "C-PAUL" a/k/a "C-TRU" | |
| [4] HOWARD COLEMAN<br>    a/k/a "CRUSH" | |
| [5] TOMEKA COLEMAN | |
| [6] THOMAS BRANUM<br>    a/k/a "CRIP-PINE" a/k/a "ALPINE" | |
| [7] ADAM BATTLE<br>    a/k/a "A-CRIP" a/k/a "A.C." | |
| [8] MONTERIUS POLLARD<br>    a/k/a "MONSTER" a/k/a "MON" | |
| [9] CECIL WHITMON, III<br>    a/k/a "FETTI" | |
| [12] JERMAINE M. SMITH<br>    a/k/a "C-YELLA" | |
| [13] AKIN I. FLOYD<br>    a/k/a "F-LOC" | |
| [14] SAMANTHA COLLINS | |
| [15] ANTONIO LEE<br>    a/k/a "MERL" | |
| [18] JAMES LAMONT OLIVER, JR.<br>    a/k/a "YELLA BOY" | |

## ORDER

This matter comes before the Court on the Government's Motion to Partially Unseal the Fifth Superseding Indictment. It is hereby ordered that:

The Motion is granted.

_____
HONORABLE JOHN BRYANT
UNITED STATES MAGISTRATE JUDGE

Dated: August 5, 2010