IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-8 |
| v. | ) | |
| | ) | Judge Nixon |
| MONTERIUS POLLARD | ) | |

## ORDER

Pending before the Court is Defendant Monterius Pollard's Motion for Production and Inspection of Grand Jury Testimony ("Motion") (Doc. No. 1032) and Memorandum in Support (Doc. No. 1033), in which Defendant requests that the Court require the Government to provide Defendant with copies of the recorded grand jury testimony relating to the offenses for which Defendant has been charged in this case. Defendant argues that he requires the testimony to discover prior inconsistent statements of witnesses, to assess the credibility of the Government's witnesses, and to discover favorable evidence. (Doc. No. 1033.) Specifically, Defendant explains that because certain co-defendants have admitted that they have previously provided false statements in this case, Defendant has a particularized need for grand jury testimony in order to uncover the untruthful statements. (*Id.*)

Upon consideration of the Motion, the Court **GRANTS** Defendant's Motion with respect to Defendant's grand jury testimony and **DENIES** Defendant's Motion with respect to all other grand jury testimony in this case. The Court orders the Government to turn over transcripts of Defendant's grand jury testimony to Defendant's counsel.

It is so ORDERED.

Entered this 23rd day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT