IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-240-8 |
| v. ) | |
| ) | Judge Nixon |
| MONTERIUS POLLARD ) | |

### ORDER

The Court held a sentencing hearing for Defendant Monterius Pollard on November 4, 2013, at which time the Court ordered the hearing be placed under seal. Accordingly, the Court hereby **ORDERS** the Judgment in this matter also be placed under seal.

It is so ORDERED.

Entered this the **15** day of November, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT