UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:09-cr-00240<br>Senior Judge John T. Nixon |
| CHRISTOPHER CONYERS, *et al.* | |

## NOTICE OF CHANGE OF ADDRESS AND PHONE NUMBERS

Comes now appointed attorney for material witness, Toneisha Clemmons, and gives notice of the following updated address and phone numbers for attorney:

Everette E. Parrish
Everette Parrish, Attorney at Law PLC
104 East Park Drive, Building 300
Brentwood, Tennessee 37027
Main: (615) 516-3030
Fax: (615) 844-3462
Email: attorney@law4tn.com (e-mail is unchanged).

It is requested that the clerk update CM/ECF - PACER to reflect this new address and the new phone numbers.

Respectfully submitted,


 /s/  Everette E. Parrish
EVERETTE E. PARRISH #026518

*Appointed Attorney for Ms. Toneisha Clemmons*
Everette Parrish, Attorney at Law PLC
104 East Park Drive, Building 300
Brentwood, Tennessee 37027
Main: (615) 516-3030
Fax: (615) 844-3462
Email: attorney@law4tn.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading has been served on this the 1st day of December, 2014, by CM/ECF to the prosecuting counsel on record.

    /s/ Everette E. Parrish

EVERETTE E. PARRISH #026518